AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

☒ FILED    ☐ LODGED

**May 08 2026**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

**SEALED**

| **Return** |
|---|

| Case No.:<br>26.1358MB | Date and time warrant executed:<br>05/07/2026 2:20 pm | Copy of warrant and inventory left with:<br>Eric MEJIA |
|---|---|---|

| Inventory made in the presence of :<br>SA Michael Kane and SA Billie Clark |
|---|

Inventory of the property taken and name of any person(s) seized:

26,978 rounds of 5.56mm ammunition
24,546 rounds of 7.62x39mm ammunition

| **Certification** |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:        05/08/2026

COLIN T CUMMINGS        Digitally signed by COLIN T CUMMINGS
                                          Date: 2026.05.08 08:19:41 -07'00'

*Executing officer's signature*

Colin Cummings, Special Agent - HSI

*Printed name and title*